```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3099 |
| | ) | |
| V. | ) | |
| | ) | |
| ROBERT VYHNALEK, ROSE VYHNALEK, RICHARD CRAWFORD, | ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

The defendants' unopposed oral motion to continue the status conference herein is granted. The status conference will be held before the undersigned in courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska on **June 9, 2005 at 1:00 p.m.**

DATED this 1st day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge