IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:04CR3099 |
| v. | ) | |
| | ) | |
| ROBERT VYHNALEK, | ) | |
| ROSE VYHNALEK and | ) | MEMORANDUM AND ORDER |
| RICHARD CRAWFORD, | ) | |
| | ) | |
| Defendants. | ) | |

Following a conference with counsel pursuant to Fed. R. Crim. P. 17.1, they report that they will finish with discovery and there will be few, if any, motions filed.

IT THEREFORE HEREBY IS ORDERED,

Trial of this matter is set to commence at 9:00 a.m., September 12, 2005, for a duration of eight days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Jury selection will be held at commencement of trial.

DATED this 9th day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge