IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3099 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | ORDER |
| ROBERT VYHNALEK, ROSE VYHNALEK | ) | |
| and RICHARD CRAWFORD, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED,

The joint oral motion of counsel is granted and,

The change of plea is continued to October 6, 2005 at 3:00 p.m.

For these defendants, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Dated September 19, 2005.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge